IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

DR. TARRON RICHARDSON,

   Plaintiff,

v.                                            Case No. 3:21-cv-45

CITY COUNCIL OF THE CITY OF
CHARLOTTESVILLE, HEATHER HILL,
LISA ROBERTSON, NIKUYAH WALKER,
AND JOHN BLAIR,

   Defendants.

## MOTION TO DISMISS

NOW COMES Defendant, Lisa Robertson ("Robertson"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and moves this Court to dismiss, with prejudice, the Complaint filed against her, as it fails to state a claim upon which relief can be granted and fails to allege facts sufficient to establish a legally cognizable cause of action. Robertson relies upon and incorporates her Brief in Support of this Motion to Dismiss as if fully set forth herein.

WHEREFORE, Lisa Robertson, respectfully requests that this Court enter an Order granting the Motion to Dismiss and dismissing the Complaint against her with prejudice.

**LISA ROBERTSON**

By Counsel

s/Melissa Y. York
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for Lisa Robertson
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255

804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

# **C E R T I F I C A T E**

      I hereby certify that on the 26th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kevin E. Wilson (VSB No. 80033)
Law Office of Kevin E. Wilson, PLLC
801 Wayne Avenue, Suite 400
Silver Spring, MD 20910
703-775-0484 – Phone
kevin@kevinewilsonlaw.com

Keith B. French (Tex. Bar No. 24115073)
Keith B. French Law, PLLC
2010 E. Broadway St., Suite 132
Pearland, TX 77581
832-243-6153 – Phone
832-243-1927 – Fax
kfrench@peoplefirstfirm.com

Voland Brand (Texas Bar No. 24073253)
Brand Law PLLC
3636 N. Hall Suite 610
Dallax, TX 75219
214-932-1472 – Phone
214-932-1473 – Fax
volney@brandlaw.us.com

Richard H. Milnor (VSB No. 14177)
Zunka, Minor & Carter, Ltd.
414 Park Street
P.O. Box 1567
Charlottesville, VA 22902
434-977-0191 – Phone
434-977-0198 – Fax
rmilnor@zmc-law.com

                              s/Melissa Y. York
                              David P. Corrigan (VSB No. 26341)
                              Melissa Y. York (VSB No. 77493)
                              Counsel for Lisa Robertson
                              Harman, Claytor, Corrigan & Wellman
                              P.O. Box 70280
                              Richmond, Virginia  23255
                              804-747-5200 - Phone
                              804-747-6085 - Fax
                              dcorrigan@hccw.com
                              myork@hccw.com