IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

DR. TARRON RICHARDSON,

    Plaintiff,

v.                                  Case No. 3:21-cv-45

CITY COUNCIL OF THE CITY OF
CHARLOTTESVILLE, HEATHER HILL,
LISA ROBERTSON, NIKUYAH WALKER,
AND JOHN BLAIR,

    Defendants.

## MOTION TO FILE UNDER SEAL

      NOW COMES Defendant Lisa Robertson ("Robertson"), by counsel, pursuant to Local Rule 9(b), and hereby moves this Court for leave to file under seal the Agreement to Release of Claims ("Release") attached to her Motion to Dismiss.  The document to be filed under seal has been sent to the Clerk's Office in a sealed envelope marked as such.  In support of this Motion, Robertson files a Brief in Support, a Notice of Filing Motion to Seal, and a Proposed Order in accordance with Local Rule 9(b).

      WHEREFORE, for all of the foregoing reasons, Lisa Robertson respectfully requests that the Court grant her motion and file under seal the Agreement to Release of Claims.

**LISA ROBERTSON**

By Counsel

s/Melissa Y. York
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for Lisa Robertson
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 26th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kevin E. Wilson (VSB No. 80033)
Law Office of Kevin E. Wilson, PLLC
801 Wayne Avenue, Suite 400
Silver Spring, MD 20910
703-775-0484 – Phone
kevin@kevinewilsonlaw.com

Keith B. French (Tex. Bar No. 24115073)
Keith B. French Law, PLLC
2010 E. Broadway St., Suite 132
Pearland, TX 77581
832-243-6153 – Phone
832-243-1927 – Fax
kfrench@peoplefirstfirm.com

Voland Brand (Texas Bar No. 24073253)
Brand Law PLLC
3636 N. Hall Suite 610
Dallas, TX 75219
214-932-1472 – Phone
214-932-1473 – Fax
volney@brandlaw.us.com

Richard H. Milnor (VSB No. 14177)
Zunka, Minor & Carter, Ltd.
414 Park Street
P.O. Box 1567
Charlottesville, VA 22902
434-977-0191 – Phone
434-977-0198 – Fax
rmilnor@zmc-law.com

s/Melissa Y. York
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for Lisa Robertson
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com