# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

DR. TARRON RICHARDSON,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　*Plaintiff*　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Civil Action No.:  3:21-cv-00045
　　　　　　　　　　　　　　　　　　)
CITY COUNCIL OF THE CITY　　　　　 )
OF CHARLOTTESVILLE, et al,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　*Defendants*　　　　　　　　　)

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW your Plaintiff Dr. Tarron Richardson, by counsel, pursuant to Rule 41(a)(1)(A)(i) & (B) F.R.C.P. and hereby gives his notice of dismissal of this action with prejudice.

**Date:** March  4 , 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin Eugene Wilson*
　　　　　　　　　　　　　　　　　　　　　　Kevin Eugene Wilson
　　　　　　　　　　　　　　　　　　　　　　**Law Office of Kevin E. Wilson, PLLC**
　　　　　　　　　　　　　　　　　　　　　　801 Wayne Avenue, Ste 400
　　　　　　　　　　　　　　　　　　　　　　Silver Spring, MD 20910
　　　　　　　　　　　　　　　　　　　　　　703-775-0484
　　　　　　　　　　　　　　　　　　　　　　Fax: 301-883-1533
　　　　　　　　　　　　　　　　　　　　　　Email: kevin@kevinwilsonlaw.com

　　　　　　　　　　　　　　　　　　　　　　*/s/ Keith B. French*
　　　　　　　　　　　　　　　　　　　　　　Keith B. French
　　　　　　　　　　　　　　　　　　　　　　**Keith B. French Law, PLLC**
　　　　　　　　　　　　　　　　　　　　　　2010 E. Broadway St, Suite 132
　　　　　　　　　　　　　　　　　　　　　　Pearland, TX 77581
　　　　　　　　　　　　　　　　　　　　　　kfrench@peoplefirstfirm.com
　　　　　　　　　　　　　　　　　　　　　　Tel: 832-243-6153
　　　　　　　　　　　　　　　　　　　　　　Fax: 832-243-1927

/s/ Volney Brand
Volney Brand
**Brand Law PLLC**
3636 N Hall Ste 610
Dallas, TX 75219
volney@brandlaw.us.com
Tel: 214-932-1472
Fax: 214-932-1473

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I, **Keith B French, Jr.**, counsel for Plaintiff, hereby certify that, on this date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system.

**DATE**: March 8 , 2022           By:     /s/Keith B. French, Jr.
                                                  KEITH B. FRENCH, JR.

2