# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Charlottesville Division

| | |
|---|---|
| DR. TARRON RICHARDSON, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No.: 3:21-cv-00045 |
| ) | |
| CITY COUNCIL OF THE CITY ) | |
| OF CHARLOTTESVILLE, et al, ) | |
| ) | |
| *Defendants.* ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff Dr. Tarron Richardson, by counsel, and Defendants City Council of the City of Charlottesville, by counsel, and Lisa Robertson, by counsel, the parties who have appeared in this action, and pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate to dismissal of this action with prejudice.

**Date:** March 9, 2022    Respectfully submitted,

*/s/ Kevin Eugene Wilson*
Kevin Eugene Wilson
**Law Office of Kevin E. Wilson, PLLC**
801 Wayne Avenue, Ste 400
Silver Spring, MD 20910
703-775-0484
Fax: 301-883-1533
Email: kevin@kevinewilsonlaw.com

*/s/ Keith B. French*
Keith B. French
**Keith B. French Law, PLLC**
2010 E. Broadway St, Suite 132
Pearland, TX 77581
kfrench@peoplefirstfirm.com
Tel: 832-243-6153
Fax: 832-243-1927

*/s/ Volney Brand*
Volney Brand
**Brand Law PLLC**
3636 N Hall Ste 610
Dallas, TX 75219
volney@brandlaw.us.com
Tel: 214-932-1472
Fax: 214-932-1473

**ATTORNEYS FOR PLAINTIFF**

*/s/Richard H. Milnor*
Richard H. Milnor, Esquire (VSB #14177)
Zunka, Milnor & Carter, Ltd.
414 Park Street
P O Box 1567
Charlottesville VA 22902
Telephone: (434) 977-0191
Facsimile: (434) 977-0198
rmilnor@zmc-law.com

**COUNSEL FOR THE CITY COUNCIL OF THE CITY OF CHARLOTTESVILLE**

*/s/David Patrick Corrigan*
David Patrick Corrigan, Esquire
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
804-747-5200
P O Box 1567
Fax: 804-747-6085
Email: dcorrigan@hccw.com


*/s/Melissa Yvonne York*
Mellissa Yvonne York, Esquire
Harman Claytor Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255
804-747-5200
P O Box 1567
Fax: 804-747-6085
Email: myork@hccw.com

**COUNSEL FOR LISA ROBERTSON**

2

## **CERTIFICATE OF SERVICE**

I, **Keith B French, Jr.**, counsel for Plaintiff, hereby certify that, on this date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system.

**DATE**: March 9, 2022  By:  */s/Keith B. French, Jr.*
                                KEITH B. FRENCH, JR.